| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:05CR20056-11 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:13-00036 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mallory Drew<br><br>Nashville, TN | Western District of TN. | Memphis |
| | NAME OF SENTENCING JUDGE<br>Honorable Judge Samuel H. Mays, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/17/2010 — TO 12/16/2013 |

**OFFENSE**
Conspiracy to Possess with Intent to Distribute and Distribution in Excess of 5 Kilograms of Cocaine and in Excess of 50 Grams of Cocaine Base 21 U.S.C. § 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___TENNESSEE___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of TN (Columbia)___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 19, 2012
_____
Date                                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Tennessee (Columbia)___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2-6-13
_____
Effective Date                           United States District Judge